# EXHIBIT B

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> Baer Treger LLP <br> Andrew Treger SBN 240637 <br> 2121 Avenue of the Stars Suite 800 <br> Los Angeles, CA 90067 <br> TELEPHONE NO: (310) 226-7570   FAX NO *(Optional)*: (310) 226-7571 <br> E-MAIL ADDRESS *(Optional)*: atreger@baertreger.com <br> ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY <br><br> **Electronically FILED by Superior Court of California, County of Los Angeles 8/01/2023 5:38 PM David W. Slayton, Executive Officer/Clerk of Court, By M. Mohammadi, Deputy Clerk** |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles <br> STREET ADDRESS: 1725 Main Street <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: Santa Monica, 90401-3299 <br> BRANCH NAME: West District | |
| PLAINTIFF / PETITIONER: Becky Carpio <br> DEFENDANT / RESPONDENT: Target Corporation, et al. | CASE NUMBER: <br> 23SMCV03268 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: <br> 9232527 (20847175) |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] Summons
   b. [X] Complaint
   c. [X] Alternative Dispute Resolution (ADR) Package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] Cross-Complaint
   f. [X] Other *(specify documents)*: Notice of Case Assignment - Unlimited Civil Case, Notice of Case Management Conference, First Amended General Order in re Los Angeles Superior Court - Mandatory Electronic Filing for Civil, Voluntary Efficient Litigation Stipulations
3. a. Party served *(specify name of party as shown on documents served)*: <br> Target Corporation
   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*: <br> CT Corporation System - Diana Ruiz, Intake Specialist
4. Address where the party was served: <br> 330 North Brand Blvd #700, Glendale, CA 91203
5. I served the party *(check proper box)*
   a. [X] **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: Mon, Jul 24 2023   (2) at *(time)*: 12:28 PM
   b. [ ] **by substituted service**. On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | |
|---|---|
| PLAINTIFF / PETITIONER: Becky Carpio<br>DEFENDANT / RESPONDENT: Target Corporation, et al. | CASE NUMBER:<br>23SMCV03268 |

5. c. ☐ **by mail and acknowledgment of receipt of service**. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date)*:                                  (2) from *(city)*:
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*:   Target Corporation
      under the following Code of Civil Procedure section:
      ☒ 416.10 (corporation)                     ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)             ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                   ☐ 415.46 (occupant)
      ☐ other:

7. **Person who served papers**
   a. Name:                 Jessica Brown
   b. Address:              1400 N. McDowell Blvd., Suite 300 Petaluma, CA 94947
   c. Telephone number:     800.938.8815
   d. **The fee** for service was:   $40.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ a registered California process server:
         (i)   ☐ owner  ☐ employee  ☒ independent contractor
         (ii)  Registration No:   2019217220
         (iii) County:   Los Angeles

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
      or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:   08/01/2023

Jessica Brown
   (NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)                                  (SIGNATURE)

InfoTrack USA- P000618
1400 N McDowell Blvd Suite 300
Petaluma, CA 94947
800-938-8815