DAVID G. HALM, SBN: 179957
david.halm@qpwblaw.com
ALESSANDRA SANTANA, SBN: 347772
alessandra.santana@qpwblaw.com
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
500 N. Brand Boulevard, Suite 1650
Glendale, California 91203
Telephone: 213.486.0048
Facsimile: 213.486.0049

Attorneys for Defendant, TARGET CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BECKY CARPIO,<br><br>             Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, and DOES 1 through 25, inclusive,<br><br>             Defendants. | CASE NO.<br><br>**DEMAND FOR JURY TRIAL**<br><br>State Action Filed: 07/20/2023 |

TO THE ABOVE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant TARGET CORPORATION hereby demands a trial by jury in the above matter.

DATED: August 22, 2023         **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

                              By: _____*/s/ David G. Halm*_____
                                 DAVID HALM
                                 Attorney for Defendant, TARGET CORPORATION

DEMAND FOR JURY TRIAL

**PROOF OF SERVICE**

I am a citizen of the United States. My business address is 500 North Brand Blvd., Suite 1650, Glendale, California 91203. I am employed in the County of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause.

On the date set forth below, according to ordinary business practice, I served the foregoing document entitled:

**DEMAND FOR JURY TRIAL**

☒ (BY CM/ECF) I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants (if any) indicated on the Manual Notice list.

☐ (BY E-MAIL) On this date, I personally transmitted the foregoing document(s) via electronic mail to the e-mail address(es) of the person(s) on the attached service list.

☐ **(BY MAIL)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business. On this date, I placed the document(s) in envelopes addressed to the person(s) on the attached service list and sealed and placed the envelopes for collection and mailing following ordinary business practices.

Andrew L. Treger, Esq.
BAER TREGER LLP
2121 Avenue of the Stars, Suite 800
Los Angeles, CA 90067
Tel: 310-226-7570
Fax: 310-226-7571
Email: atreger@baertreger.com

Attorneys for Plaintiff
**BECKY CARPIO**

☒ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 22, 2023, at Palmdale, California.

                                            */s/Liseth Gonzalez*
                                            Liseth Gonzalez