JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALFORNIA

| | |
|---|---|
| BECKY CARPIO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TARGET CORPORATION, and DOES 1 through 25,<br><br>　　　　Defendants. | Case No.: CV 23-6917-GW-MAAx<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Action Filed: July 20, 2023<br>Trial Date: July 9, 2024 |

On July 1, 2024, the parties jointly submitted a Stipulation of Dismissal, dismissing this entire action and claims herein against Target Corporation, with prejudice, to the Court. Accordingly, this action and all claims herein against Target Corporation are dismissed with prejudice, and the parties will bear their own respective attorneys' fees and costs. The Court shall retain jurisdiction to enforce the settlement agreement entered into by the Parties.

　　**IT IS SO ORDERED.**

Dated: July 10, 2024

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

1

# PROOF OF SERVICE
*Becky Carpio v. Target Corporation*
Client/Matter: 187781

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 500 N. Brand Boulevard, Suite 1650, Glendale, California 91203.

On July 10, 2024, I served the following document described as **[PROPOSED] ORDER FOR STIPULATION FOR DISMISSAL ENTIRE ACTION WITH WITH PREJUDICE** on the following persons at the following address:

## SEE ATTACHED SERVICE LIST

☒ **(BY CM/ECF)** I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will s end notification of such filing to the e-mail addresses denoted on the Electronic Mail notice list, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants (if any) indicated on the Manual Notice list.

☒ **BY ELECTRONIC SERVICE:** I caused the above-entitled document(s) to be served via E-mail to the E-mail addresses on the attached Service List. The document(s) is not being served by U.S. mail due to the COVID-19 coronavirus National Emergency and stay-at-home orders. Electronic service is being made pursuant to an agreement with all parties and pursuant to California Code of Civil Procedure § 1010.6. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 10, 2024, at Palmdale, California.

LISETH GONZALEZ

# SERVICE LIST
*Becky Carpio v. Target Corporation*
Client/Matter: 187781

| | |
|---|---|
| Andrew L. Treger, Esq.<br>Wesley J. Krieger, Esq.<br>Robert Herzlich<br>BAER TREGER LLP<br>2121 Avenue of the Stars, Suite 800<br>Los Angeles, CA 90067<br>Tel: 310-226-7570<br>Fax: 310-226-7571<br>Email: atreger@baertreger.com<br>wkrieger@baertreger.com<br>rherzlich@baertreger.com<br>ralvarado@baertreger.com | Attorneys for Plaintiff<br>**BECKY CARPIO** |

[PROPOSED] ORDER ON STIPULATION TO DISMISS ENTIRE ACTION